IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-604-AP**

**RICHARD L. RICHARDSON,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER TO CURE DEFICIENCY

Kane, J.

The court has reviewed the file in this case and determined it to be deficient in that it is unclear from the pleadings whether this case was timely filed or whether the Plaintiff has exhausted his administrative remedies.  On or before April 28, 2006, Plaintiff shall provide the court with a copy of the final order denying his appeal of the decision of the Social Security Administration.

Dated this 11th day of April, 2005.

                             BY THE COURT:

                             S/**John L. Kane**
                             Senior Judge, United States District Court