IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00604-AP

ROBERT L. RICHARDSON,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
ROBERT L. RICHARDSON, *PRO SE*
515 Shady Crest Circle
Colorado Springs, CO 80906
(719) 210-3605
(719) 550-1622 (fax)

For Defendant:
THOMAS H. KRAUS
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
(303) 844-0770 (fax)

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:  04/03/06

    B.    Date Complaint Was Served on U.S. Attorney's Office:  04/05/06

    C.    Date Answer and Administrative Record Were Filed:  06/07/06

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**There are no issues with the accuracy or completeness of the administrative record.**

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**None anticipated.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**This case does not involve unusually complicated or out-of-the-ordinary claims.**

**7. OTHER MATTERS**

**None.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:  July 17, 2006

    B.    Defendant's Response Brief Due:  September 6, 2006

    C.    Plaintiff's Reply Brief (If Any) Due:  September 20, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:  Oral Argument is not requested.

      **B.**      **Defendant's Statement:  Oral Argument is not requested.**

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

      A.      **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.      **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 20th day of June , 2006.

                                        BY THE COURT:

                                        S/John L. Kane
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

                                          UNITED STATES ATTORNEY

| | |
|---|---|
| s/ Robert L. Richardson | s/ Thomas H. Kraus |
| ROBERT L. RICHARDSON | By: THOMAS H. KRAUS |
| 515 Shady Crest Circle | Special Assistant U.S. Attorney |
| Colorado Springs, CO 80906 | |
| (719) 210-3605 | *Mailing Address:* |
| (719) 550-1622 (fax) | 1961 Stout St., Suite 1001A |
| | Denver, Colorado  80294 |
| | Telephone:  (303) 844-0017 |
| | |
| | *Street Address:* |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 454-0100 |
| | |
| | Attorney for Defendant(s) |