UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00604-WYD

ROBERT RICHARDSON,

     Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

     Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Plaintiff's pro se motion that seeks an update on the case (docket # 23) is **DENIED**. Updates will not be issued by the Court. Plaintiff will receive a copy of the Court's ruling on Plaintiff's social security appeal when it is issued.

     Dated: April 3, 2007