IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00604-WYD

ROBERT L. RICHARDSON,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

---

ORDER TO CURE DEFICIENCY

---

Daniel, Judge

Plaintiff submitted a Notice of Appeal on November 23, 2007 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A) Filing Fee**
    _X_    is not submitted

**(B) Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    _X_    is not submitted
    ___    is not on proper form (must use the court's current form)
    ___    is missing original signature by plaintiff/petitioner on motion
    ___    is missing affidavit
    ___    affidavit is incomplete
    ___    is missing original signature by plaintiff/petitioner on affidavit
    ___    affidavit is not notarized or is not properly notarized
    ___    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days

from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 29th day of November, 2007.

BY THE COURT:

s/ Wiley Y. Daniel
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO