UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00604-WYD

ROBERT L. RICHARDSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Order of the United States Court of Appeals for the Tenth Circuit dated April 11, 2008. The Order granted the Defendant/Appellee's Motion to Reverse with Remand. The Order also remanded the case to this Court with instructions to enter a new judgment pursuant to sentence four of 42 U.S.C. § 405(g) and then to remand the case to the Social Security Administration for further proceedings consistent with the motion. The Mandate was filed the same date.

Based upon the foregoing, it is

ORDERED that the Judgment in this case is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g). It is

FURTHER ORDERED that this case is **REMANDED** to the Social Security Administration for further proceedings consistent with Defendant/Appellee's Motion to Reverse with Remand that was granted by the Tenth Circuit.

Dated May 14, 2008

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge